UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JOHN WALTER BURKI,

    Plaintiff,

 v.

FLORANCE SMITH, et al.,

    Defendants.

Case No. C17-140 RAJ-BAT

**ORDER OF DISMISSAL**

The Court, having reviewed the proposed complaint, the Report and Recommendation of the Honorable Brian A. Tsuchida, United States Magistrate Judge, any objections or responses to that, and the remaining record, finds and **Orders** as follows:

1. The Report and Recommendation is **ADOPTED**;
2. Plaintiff's proposed 42 U.S.C. § 1983 complaint is **DISMISSED without prejudice** for failure to prosecute; and
3. The Clerk shall send a copy of this Order to the parties and to Judge Tsuchida.

DATED this 5th day of June, 2017.

The Honorable Richard A. Jones
United States District Judge

ORDER OF DISMISSAL - 1